*Watkins, Russell & Asbill,* contra.

---

### 15002. LAWSON v. BROWN.

BROYLES, C. J. As the bill of exceptions contains no assignment of error, it cannot be entertained by this court.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Petition for certiorari; from Houston superior court—Judge Malcolm D. Jones. July 9, 1923.

*Marion Turner,* for plaintiff in error.

*M. Kunz,* contra.